RMP/ADR
F. #2023R00939

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

MANSURI MANUCHEKHRI, also known
   as "Mansuri Manchekhri" and
     "Manysher,"

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D  O R D E R

CR 25-MJ-64

Upon the application of JOHN J. DURHAM, United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Robert M. Pollack and Andrew D. Reich, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:  Brooklyn, New York
        February 26, 2025

*Robert Levy*
HONORABLE ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK